UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
MOOSE TOYS LTD, MOOSE TOYS PTY LTD, :
MOOSE CREATIVE PTY LTD, MOOSE :
ENTERPRISE PTY LTD and MOOSE CREATIVE :
MANAGEMENT PTY LTD,, :
: ORDER
:   Plaintiffs, :
   -against- : 21 Civ. 2370 (GBD)
:
BABY&MOMMY K-INGDOM TOY STORE, et al :
:
   Defendants. :
:
:
------------------------------------- x

GEORGE B. DANIELS, District Judge:

For the reasons identified in Plaintiffs' April 13, 2021 letter application, the Temporary Restraining Order is extended to May 20, 2021, the date of the preliminary injunction show cause hearing.

This case is hereby ordered unsealed.

Dated: April 14, 2021
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE