UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOOSE TOYS LTD, MOOSE TOYS PTY LTD, MOOSE CREATIVE PTY LTD, MOOSE ENTERPRISE PTY LTD and MOOSE CREATIVE MANAGEMENT PTY LTD,

                        Plaintiffs,

    -against-

BABY&MOMMY K-INGDOM TOY STORE, BLOCKS FIGURES-OFFICIAL STORE, BOYOTECH STORE, CDTOYS STORE, CITY TOY STORE, DAXIAOBAOBEI STORE, DOMIL E-COMMERCE SUPPLY CHAIN MANAGEMENT (SHENZHEN) CO., LTD., DULA BABY STORE, ESUN DROPSHIPPING STORE, HEYFON ONLYONE STORE, HOMEANDHOUSE STORE, HUILE E-COMERCE (SHENZHEN) CO., LTD., I LIFE STORE, JIANGSU KANGYU ARTS&CRAFTS CO., LTD., JINHUA HENGXIN TOY CO., LTD., JIURUN TOY STORE, LEMOLLY STORE, LET THE CHILDREN HAVE A WORLD STORE, LIVE-LOVING STORE, LOVE LOVE CHILDREN BABY STORE, L-O-V-EL-Y STORE, MIXLUCKTOY STORE, PINK PIGGY STORE, PROFESSIONAL PRIZE CLAW STORE, RCTOYS DROPSHIPPING STORE, SHANTOU CHENGHAI SHENMA SCIENCE AND EDUCATION TOYS CO., LTD., SHANTOU JUNFA TRADING CO., LTD., SHENZHEN SFUN TOYS CO., LTD., SHOP910334161 STORE, SHOP910455180 STORE, SHOP911255019 STORE, SHUNSHUN ENVIRONMENTAL TOY STORE, S-I-M-P-L-E STORE, TOP-T-UMBRELLA STORE and ZIZI TOY STORE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

21 Civ. 2370 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    This action having been commenced by the filing for, *inter alia*, a temporary restraining order under seal on March 18, 2021, and a copy of the TRO, Summons, and Complaint having

been served on Defendants on April 2, 2021, and certificate of service having been filed on April 23, 2021 (ECF No. 12), and all Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that above-captioned Plaintiffs have judgment against above-captioned Defendants.

This matter is referred to Magistrate Judge Ona T. Wang for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

The Clerk of the Court is directed to close the open motion at ECF No. 31.

Dated:  October 27, 2022
        New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge