**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SPIN MASTER LTD. and SPIN MASTER, INC., :
MOOSE TOYS PTY LTD, MOOSE CREATIVE PTY :
LTD, MOOSE ENTERPRISE PTY LTD, and      :   21-cv-2370 (GBD) (OTW)
MOOSE CREATIVE MANAGEMENT PTY LTD,      :
                                         :   **ORDER**
          Plaintiffs,         :
                                         :
        -against-                  :
                                         :
BABY&MOMMY K-INGDOM TOY STORE,          :
BLOCKS FIGURES-OFFICIAL STORE, BOYOTECH :
STORE, CDTOYS STORE, CITY TOY STORE,
DAXIAOBAOBEI STORE, DOMIL ECOMMERCE
SUPPLY CHAIN MANAGEMENT (SHENZHEN)
CO., LTD., DULA BABY STORE, ESUN
DROPSHIPPING STORE, HEYFON ONLYONE
STORE, HOMEANDHOUSE STORE, HUILE E-
COMERCE (SHENZHEN) CO., LTD., I LIFE
STORE, JIANGSU KANGYU ARTS&CRAFTS
CO.,LTD., JINHUA HENGXIN TOY CO., LTD.,
JIURUN TOY STORE, LEMOLLY STORE, LET THE
CHILDREN HAVE A WORLD STORE,
LIVELOVING STORE, LOVE LOVE CHILDREN
BABY STORE, L-O-V-E-L-Y STORE, MIXLUCKTOY
STORE, PINK PIGGY STORE, PROFESSIONAL
PRIZE CLAW STORE, RCTOYS DROPSHIPPING,
STORE, SHANTOU CHENGHAI SHENMA
SCIENCE AND EDUCATION TOYS CO., LTD.,
SHANTOU JUNFA TRADING CO., LTD.,
SHENZHEN SFUN TOYS CO., LTD.,
SHOP910334161 STORE, SHOP910455180
STORE, SHOP911255019 STORE, SHUNSHUN
ENVIRONMENTAL TOY STORE, S-I-M-P-L-E
STORE, TOP-T-UMBRELLA STORE and ZIZI TOY
STORE,

          Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for Inquest following a default. By **January 03, 2023,** Plaintiff shall file **(1)** proposed findings of fact and conclusions of law, and **(2)** an inquest memorandum setting forth proof of damages. Plaintiff's proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Plaintiff must also include documentation supporting the requested attorney's fees and costs. Plaintiff must serve these documents on the Defaulting Defendants and file a proof of service on the docket by **January 03, 2023**.

Defendants' opposition papers (if any) shall be filed by **January 24, 2023**.

The Court hereby notifies the parties that it may conduct this inquest solely on the written submissions of the parties. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include the request in its papers, as well as provide reasons why a hearing is necessary and detail what types of additional evidence would be presented at the hearing.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket by **December 5, 2022**.

**SO ORDERED.**

Dated: November 28, 2022  
      New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge