**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOOSE TOYS PTY LTD, MOOSE
CREATIVE PTY LTD, MOOSE ENTERPRISE
PTY LTD, and MOOSE CREATIVE
MANAGEMENT PTY LTD,

                     Plaintiffs,                         21 **CIVIL** 2370 (GBD) (OTW)

         -against-                                   **JUDGMENT**

BABY&MOMMY K-INGDOM TOY STORE,
BLOCKS FIGURES-OFFICIAL STORE,
BOYOTECH STORE, CDTOYS STORE, CITY
TOY STORE, DAXIAOBAOBEI STORE, DOMIL
E-COMMERCE SUPPLY CHAIN MANAGEMENT
(SHENZHEN) CO., LTD., DULA BABY STORE,
ESUN DROPSHIPPING STORE, HEYFON
ONLYONE STORE, HOMEANDHOUSE STORE,
HUILE E-COMERCE (SHENZHEN) CO., LTD.,
I LIFE STORE, JIANGSU KANGYU
ARTS&CRAFTS CO., LTD., JINHUA HENGXIN
TOY CO., LTD., JIURUN TOY STORE,
LEMOLLY STORE, LET THE CHILDREN
HAVE A WORLD STORE, LIVE-LOVING
STORE, LOVE LOVE CHILDREN BABY
STORE, L-O-V-E-L-Y STORE, MIXLUCKTOY
STORE, PINK PIGGY STORE, PROFESSIONAL
PRIZE CLAW STORE, RCTOYS
DROPSHIPPING STORE, SHANTOU
CHENGHAI SHENMA SCIENCE AND
EDUCATION TOYS CO., LTD., SHANTOU
JUNFA TRADING CO., LTD., SHENZHEN SFUN
TOYS CO., LTD., SHOP910334161 STORE,
SHOP910455180 STORE, SHOP911255019
STORE, SHUNSHUN ENVIRONMENTAL
TOY STORE, S-I-M-P-L-E STORE,
TOP-T-UMBRELLA STORE and ZIZI TOY
STORE,

                     Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision & Order dated November 13, 2025, the Court adopts the Report & Recommendation in its entirety. The Default Judgment Order is VACATED as to the thirty-two Defendants over which this Court has no personal jurisdiction and the Certificate of Default is STRICKEN as to these Defendants only. All claims as to these Defendants are DISMISSED without prejudice. Defendant Live-loving Store is DISMISSED with prejudice in accordance with ECF No. 25. Defendants CDToys Store and DuLa Baby Store are each liable to Plaintiffs for $50,000 in statutory damages, totaling $100,000 in statutory damages.

**Dated:**  New York, New York
February 5, 2026

TAMMI M. HELLWIG

Clerk of Court

BY:

Deputy Clerk