Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Moose Toys Ltd, Moose Toys Pty Ltd,*
*Moose Creative Pty Ltd,*
*Moose Enterprise Pty Ltd and*
*Moose Creative Management Pty Ltd*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOSE TOYS LTD, MOOSE TOYS PTY LTD, MOOSE CREATIVE PTY LTD, MOOSE ENTERPRISE PTY LTD and MOOSE CREATIVE MANAGEMENT PTY LTD, <br><br> *Plaintiffs* <br><br> v. <br><br> BABY&MOMMY K-INGDOM TOY STORE, BLOCKS FIGURES-OFFICIAL STORE, BOYOTECH STORE, CDTOYS STORE, CITY TOY STORE, DAXIAOBAOBEI STORE, DOMIL E-COMMERCE SUPPLY CHAIN MANAGEMENT (SHENZHEN) CO., LTD., DULA BABY STORE, ESUN DROPSHIPPING STORE, HEYFON ONLYONE STORE, HOMEANDHOUSE STORE, HUILE E-COMERCE (SHENZHEN) CO., LTD., I LIFE STORE, JIANGSU KANGYU ARTS&CRAFTS CO.,LTD., JINHUA HENGXIN TOY CO., LTD., JIURUN TOY STORE, LEMOLLY STORE, LET THE CHILDREN HAVE A WORLD STORE, LIVE-LOVING STORE, LOVE LOVE CHILDREN BABY STORE, L-O-V-E-L-Y STORE, MIXLUCKTOY STORE, PINK PIGGY STORE, PROFESSIONAL PRIZE CLAW STORE, RCTOYS | **CIVIL CASE NO.**<br>**21-cv-2370 (GBD)**<br><br>[~~PROPOSED~~]<br>**ORDER FOR**<br>**RETURN OF**<br>**SECURITY BOND** |

DROPSHIPPING STORE, SHANTOU CHENGHAI SHENMA
SCIENCE AND EDUCATION TOYS CO., LTD., SHANTOU
JUNFA TRADING CO., LTD., SHENZHEN SFUN TOYS CO.,
LTD., SHOP910334161 STORE, SHOP910455180 STORE,
SHOP911255019 STORE, SHUNSHUN ENVIRONMENTAL
TOY STORE, S-I-M-P-L-E STORE, TOP-T-UMBRELLA
STORE and ZIZI TOY STORE,

*Defendants*

The Court, having closed this case, hereby GRANTS Plaintiffs' request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiffs submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this ___ day of ___, 2026, at ___ __.m.

HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE